

**J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.375.2117   c 917.238.9332

October 22, 2020

**BY ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020
```

Re: U.S. v. Martinez (MKV)
20 Cr. 213

Dear Judge Vyskocil,

      I represent Victor Martinez in the above captioned case.  I have recently received a new batch of discovery in this matter.  Though my review, I have identified a potential conflict with another one of my cases currently pending in the Southern District of New York.  I have discussed this issue with the government.  I am asking for permission to email a letter to chambers further discussing the conflict.

Respectfully Submitted,

_Christine Delince_
Christine Delince, Esq.

cc: AUSA Nichols

> GRANTED.  Counsel may file a letter to the Court under seal concerning the potential conflict and should email a copy of the letter to the Court.
>
> Date: 10/22/2020
> New York, New York
>
> _Mary Kay Vyskocil_
> Mary Kay Vyskocil
> United States District Judge