UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

-v-

20 -CR- 213 (MKV)( )

Victor Martinez

               Defendant(s).
-----------------------------------------------------------------X

Defendant __Victor Martinez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Victor Martinez_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Victor Martinez**
Print Defendant's Name

_/s/ Christine Delince_____
Defense Counsel's Signature

**Christine Delince**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**11/30/2020**
Date

_/s/ Mary Kay Vyskocil_____
U.S. District Judge/U.S. Magistrate Judge