# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

RITA GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/20
```

December 10, 2020

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Victor Martinez*, 20 Cr. 213 (MKV)

Dear Judge Vyskocil:

I write as court-appointed independent counsel to Victor Martinez in connection with the *Curcio* inquiry held on November 30, 2020. I have conferred with Mr. Martinez and he will not waive the potential conflict. Accordingly, Mr. Martinez respectfully requests that the Court appoint another attorney to represent him in the above-referenced matter.

Respectfully submitted,

/s/
Rita M. Glavin

SK 99287 0020 8671418

Based on the advice that Mr. Martinez does not waive conflict, the continued Curcio hearing scheduled for Monday is canceled. The Court will appoint substitute counsel.
SO ORDERED

December 11, 2020

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge