UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

VICTOR MARTINEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2020

1:20-cr-00213 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On November 30, 2020, the Court held a *Curcio* hearing in this matter in response to a letter from Defendant's counsel [ECF #106] regarding a potential conflict of interest. In advance of the conference, the Court appointed independent counsel, Rita Glavin, Esq., to assist Mr. Martinez in determining whether to waive the potential conflict of interest. During the hearing, Defendant requested additional time to discuss potential waiver of the conflict with the independent counsel and his family. The Court continued the hearing to December 14, 2020.

On December 10, 2020, the Court received a letter from Ms. Glavin [ECF #114] advising that Mr. Martinez would not waive the conflict of the interest and requesting the appointment of new counsel.

Accordingly, IT IS HEREBY ORDERED that the Court appoints Aaron Mysliwiec, Esq. is appointed as substitute counsel for Defendant Victor Martinez. He shall replace previously appointed counsel Christine Delince. The continued *Curcio* hearing is terminated.

SO ORDERED.

Dated: December 14, 2020
New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge