UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/21/21__

UNITED STATES OF AMERICA,

    -against-

VICTOR MARTINEZ,

    Defendant.

1:20-cr-00213 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

  Sentencing for Victor Martinez is scheduled for 7/26/2021 at 9:00 AM before Judge Mary Kay Vyskocil. The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.

**SO ORDERED.**

**Date: July 21, 2021**

_____
MARY KAY VYSKOCIL
United States District Judge